**LAWRENCE G. TOWNSEND**
Attorney at Law
455 MARKET STREET, 19TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

Telephone (415) 882-3288

Fax (415) 882-3299
email lgt@lgt-law.com

February 8, 2010

The Hon. Phyllis J. Hamilton
U.S. District Court
Northern District of California
1301 Clay Street
Third Floor, Courtroom 3
Oakland, CA 94612-5212

Re:   Swaim v. Move4Less, et al.
      USDC NDCal Action No. CV 09 5210 PJH

Dear Judge Hamilton:

Following my earlier letter, this is to advise that the above-captioned case has settled. The parties have executed a settlement agreement and are in the process of completing steps outlined in the agreement. We expect to submit an Order re Dismissal within the next week. I would request that the Case Management Conference, currently scheduled for February 11 be continued for a few weeks to allow sufficient time for the parties to submit an order of dismissal.

Thank you for your attention to this.

Sincerely,

Lawrence G. Townsend

LGT/bcd
cc:   Carl Debevec (cdebevec@debevlaw.com)
      Andres F. Quintana (andres@qlglaw.com)

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 2/25/10.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

S:\LGT-TENA\Swaim\Ltr-JudgeHamilton 2010 0208.wpd