LAWRENCE G. TOWNSEND
Attorney at Law
455 MARKET STREET, 19TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

Telephone (415) 882-3288

Fax (415) 882-3299
email lgt@lgt-law.com

February 18, 2010

The Hon. Phyllis J. Hamilton
U.S. District Court
Northern District of California
1301 Clay Street
Third Floor, Courtroom 3
Oakland, CA 94612-5212

    Re:    **Swaim v. Move4Less, et al.**
            **USDC NDCal Action No. CV 09 5210 PJH**

Dear Judge Hamilton:

    Following my earlier letter, the parties executed a settlement agreement and are in the process of completing steps outlined in the agreement. We agreed not to submit an Order re Dismissal until the disputed domain name is transferred. We believe we have now eliminated what was causing the delay in transfer, but completion will likely take another week to ten days. I would request that the Case Management Conference, currently scheduled for February 25 be continued for at least two more weeks to allow sufficient time to complete the above.

    Thank you for your consideration.

                        Sincerely,

                        Lawrence G. Townsend

LGT/bcd
cc:    Carl Debevec (cdebevec@debevlaw.com)
       Andres F. Quintana (andres@qlglaw.com)

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The case management conference
is continued to 3/11/10 at 2:00 p.m.