LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3200 Tel
Facsimile: (415) 882-3232 Fax
E-Mail: ltownsend@owe.com

Attorneys for Plaintiff PAUL SWAIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SWAIM, an individual, | Civil Action No. CV 09-5210 PH |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL OF ACTION |
| vs. | |
| MOVE4LESS LLC, a Nevada limited liability company, AVRAHAM COHEN, an individual, and CASTLES INFORMATION NETWORK, INC., a California corporation, | |
| Defendants | |

Having considered the parties Stipulation of Dismissal and for good cause appearing, it is hereby ORDERED:

1. This action is dismissed without prejudice as to Defendant Castles and with prejudice as to named Defendants Move4Less, LLC and Avraham Cohen, with each party to bear its or his own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement and Release.

2. This Court shall maintain jurisdiction over this case for the purpose of any action to enforce the Settlement Agreement.

Dated: __March 1__, 2010

_____
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton