1  LAWRENCE G. TOWNSEND (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone: (415) 882-3200 Tel
   Facsimile:  (415) 882-3232 Fax
4  E-Mail: ltownsend@owe.com

5  Attorneys for Plaintiff PAUL SWAIM

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 PAUL SWAIM, an individual,           )  Civil Action No. CV 09-5210 PH
                                        )
11             Plaintiff,               )  [~~PROPOSED~~] ORDER OF DISMISSAL
                                        )  OF ACTION
12     vs.                              )
                                        )
13 MOVE4LESS LLC, a Nevada limited liability )
   company, AVRAHAM COHEN, an           )
14 individual, and CASTLES INFORMATION  )
   NETWORK, INC., a California corporation, )
15                                      )
                                        )
16             Defendants               )
                                        )
17 _____ )

18      Having considered the parties Stipulation of Dismissal and for good cause appearing, it

19 is hereby ORDERED:

20      1.   This action is dismissed without prejudice as to Defendant Castles and with

21 prejudice as to named Defendants Move4Less, LLC and Avraham Cohen, with each party to

22 bear its or his own attorneys' fees and costs, except as otherwise provided in the Settlement

23 Agreement and Release.

24      2.   This Court shall maintain jurisdiction over this case for the purpose of any action

25 to enforce the Settlement Agreement.

26

27 Dated:  March 1   , 2010

28                                              _____
                                                U.S. DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

[Proposed] Order of Dismissal of Action                                    C 09-5210 PH
                                    Page 1